CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 16 2011

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LAURA A. ENGLAND, | Civil Action No. 7:10-cv-569 |
| Plaintiff, | **FINAL ORDER** |
| v. | |
| MICHAEL J. ASTRUE, | By: Judge James C. Turk |
| Commissioner of Social Security, | Senior United States District Judge |
| Defendant. | |

Plaintiff Laura A. England sought review of Defendant Michael J. Astrue's (the "Commissioner") final decision denying her claims for supplemental security income and disabled widow's benefits under the Social Security Act. The Court referred the matter to United States Magistrate Judge B. Waugh Crigler for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge subsequently filed such a report (Dkt. No. 19) and the Plaintiff objected (Dkt. No. 20).

In accordance with the accompanying Memorandum Opinion, and for the reasons set forth therein, it is hereby

**ORDERED AND ADJUDGED**

that England's objections are **OVERRULED**, the Magistrate Judge's Report and Recommendation is **ADOPTED IN FULL**, Defendant's Motion for Summary Judgment (Dkt. No. 15) is **GRANTED**, and Plaintiff's Motion for Summary Judgment (Dkt. No. 13) is **DENIED**.

The Clerk of Court is directed to strike the case from the active docket of the court and to send a certified copy of this Final Order, as well as the accompanying Memorandum Opinion, to counsel of record for the parties.

7

**ENTER**: This 16th day of November, 2011

*James C. Turk*
Hon. James C. Turk
Senior United States District Judge

8